

**Page, Scrantom, Sprouse, Tucker & Ford, p.c.**

JACK P. SCHLEY
DIRECT: (706) 243-5614
FAX: (706) 243-0417
EMAIL: jschley@pagescrantom.com

October 20, 2025

<u>**Via CM/ECF E-File**</u>

Clerk of the Court
United States District Court
Middle District of Georgia
P.O. Box 124
Columbus, Georgia 31902

    ***Re:***   ***Consolidated Government of Columbus v. Norfolk Southern Corporation, et. al.***
           **USDC for the Middle District of Georgia, Columbus Division**
           **Case No. 4:25-cv-312-CDL**

Dear Sir/Madame:

    This firm represents Plaintiff Consolidated Government of Columbus, Georgia, ("Columbus") in the above case. Pursuant to Local Rule 6.2, Columbus respectfully requests a fourteen (14) day extension of time to file its response to Defendants Norfolk Southern Corp., Norfolk Southern Railway Co., Central of Georgia Railroad Co., and The South Western Rail Road Co.'s Motion to Dismiss [ECF No. 9]. The motion was filed on October 14, 2025. The current deadline for Columbus' response is November 4, 2025. The new deadline would be November 18, 2025.

    I appreciate your consideration of this request.

                                    Sincerely,

                              PAGE, SCRANTOM, SPROUSE,
                              TUCKER & FORD, P.C.

                              By: *[signature]*
                                 Jack P. Schley

JPS/
cc (via CM/ECF):
       Counsel of Record