IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | |
|---|---|
| CONSOLIDATED GOVERNMENT OF COLUMBUS, GEORGIA, | * * * |
| Plaintiff, | * * |
| v. | * Case No.: 4:25-cv-00312-CDL |
| | * |
| NORFOLK SOUTHERN CORP., NORFOLK SOUTHERN RAILWAY COMPANY, CENTRAL OF GEORGIA RAILROAD COMPANY, THE SOUTH-WESTERN RAIL ROAD COMPANY, GENESEE & WYOMING RAILROAD SERVICES, INC., COLUMBUS & CHATTAHOOCHEE RAILROAD, INC., and GEORGIA SOUTHWESTERN RAILROAD, INC., | * * * * * * * * * * |
| Defendants. | * |

## COLUMBUS' NOTICE OF INTENT TO RESPOND

Plaintiff Consolidated Government of Columbus, Georgia ("Columbus"), by and through counsel, hereby notifies the Court that it intends to file a response to Motion of Defendants to Stay Discovery [ECF No. 13] filed on October 28, 2025. Pursuant to Local Rule 7.2, Columbus intends to file the response no later than November 18, 2025, or any other date set by the Court.

[SIGNATURE PAGE FOLLOWS]

Respectfully submitted this 29th day of October, 2025.

                                        PAGE, SCRANTOM, SPROUSE,
                                        TUCKER & FORD, P.C.

                                        By: */s/ Jack P. Schley*
                                                James C. Clark, Jr.
                                                Ga. Bar No. 127145
                                                Thomas F. Gristina
                                                Ga. Bar No. 452454
                                                Jack P. Schley
                                                Ga. Bar No. 891829

1111 Bay Avenue, Third Floor    (Office)
P.O. Box 1199    (Mailing)
Columbus, Georgia 31902
(706) 324-0251
jclark@pagescrantom.com
tgristina@pagescrantom.com
jschley@pagescrantom.com

                                        By: */s/ Clifton C. Fay*
                                                Clifton C. Fay
                                                Ga. Bar No. 256460
                                                Lucy T. Sheftall
                                                Ga. Bar No. 639813

P.O. Box 1340
Columbus, Georgia 31902
cfay@columbusga.org
lsheftall@columbusga.org

                                      *Counsel for Plaintiff Consolidated Government of Columbus, Georgia*

## **CERTIFICATE OF SERVICE**

I do hereby certify that I am counsel for Plaintiff and that on this date I filed the foregoing document using the ECF system, which will automatically send notification of such filing to all counsel of record. I further certify that I sent a copy of the foregoing by electronic mail to the following:

J. Steven Stewart
Lee M. Gillis, Jr.
HALL, BLOCH, GARLAND & MEYER, LLP
stevestewart@hbgm.com
leegillis@hbgm.com

Tobias Loss-Eaton
SIDLEY AUSTIN LLP
tlosseaton@sidley.com

Eric L. Leach
Jeffrey C. Close
MILTON, LEACH, WHITMAN, D'ANDREA,
ESLINGER, COLLINS & CLOSE, P.A.
eleach@miltonleach.com
jclose@miltonleach.com

This 29th day of October, 2025.

/s/ *Jack P. Schley*
Counsel for Plaintiff