Law Offices
**HALL, BLOCH, GARLAND & MEYER, LLP**

**Macon Office**
J. Steven Stewart
Duncan D. Walker, III
Mark E. Toth
J. Ellsworth Hall, IV
Amanda Rodman Smith
J. Burton Wilkerson, Jr.
John A. Wilkerson
Lee M. Gillis, Jr.
John M. McMichael
Amanda K. Smith

1500 Fickling & Company Building
577 Mulberry Street
P. O. Box 5088
**MACON, GEORGIA 31208-5088**

Telephone 478-745-1625
Facsimile 478-741-8822
www.hbgm.com

**Atlanta Office**
Daryl G. Clarida
Peter G. Golden
Hilary Houston Adams

900 Circle 75 Pkwy
Suite 500
Atlanta, GA 30339-3099
Telephone 678-888-0036
Facsimile 678-379-6124

*Writer's Direct Dial: 478-803-8001*
*Email: stevestewart@hbgm.com*

November 20, 2025

Clerk, United States District Court
Middle District of Georgia
P.O. Box 124
Columbus, GA 31902

**VIA CM/ECF E-FILE**

Re: ***Consolidated Government of Columbus v. Norfolk Southern Corporation et al;***
***U.S. District Court for the Middle District of Georgia, Columbus Division,***
***Civil Action No. 4:25-cv-00312-CDL***

Dear Sir:

I along with Tobias Loss-Eaton represent defendants Norfolk Southern Corporation, Norfolk Southern Railway Company, Central of Georgia Railroad Company and The South Western Rail Road Company (together, "Norfolk Southern") in the above case. Norfolk Southern filed its Motion to Dismiss Pursuant to FRCP 12(b)(6) [Doc. 9] on October 14, 2025. On November 18, 2025, plaintiff Columbus filed a Response in opposition to Norfolk Southern's motion. [Doc. 15].

Pursuant to Local Rule 6.2, Norfolk Southern respectfully requests a fourteen (14) day extension of time to file a reply brief in support of its Motion to Dismiss. The current deadline for Norfolk Southern's reply brief is December 2, 2025. With the requested extension, the new deadline will be December 16, 2025.

Thank you for your consideration of this request.

Very truly yours,

HALL, BLOCH, GARLAND & MEYER, LLP

By: _____

J. Steven Stewart

JSS/npe
Cc:     Counsel of Record (via CM/ECF)