UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

CONSOLIDATED GOVERNMENT OF
COLUMBUS, GEORGIA,

    *Plaintiff,*

    v.

NORFOLK SOUTHERN CORPORATION, *et al.*,

    *Defendants*.

Case No. 4:25-cv-312-CDL

**NORFOLK SOUTHERN DEFENDANTS'
MOTION FOR ORAL ARGUMENT AND
<u>INCORPORATED MEMORANDUM OF LAW</u>**

Under Local Rule 7.5, Defendants Norfolk Southern Corporation, Norfolk Southern Railway Company, Central of Georgia Railroad Company and The South Western Rail Road Company (together, "Norfolk Southern") respectfully request oral argument on their pending motion to dismiss. Oral argument would assist the Court in resolving the important jurisdictional issues raised by the motion.

Plaintiff Consolidated Government of Columbus filed this action in state court, seeking to eject Norfolk Southern and the G&W Defendants (Genesee & Wyoming Railroad Services, Inc., Columbus & Chattahoochee Railroad, Inc. and Georgia Southwestern Railroad, Inc.) from the Columbus Railyard. Norfolk Southern removed the case to this Court, explaining that Columbus's claims are completely preempted by the ICC Termination Act (ICCTA), creating federal-question jurisdiction. *See* Doc. 1. Norfolk Southern and the G&W Defendants then moved to dismiss

Columbus's claims for failure to state a claim under ICCTA. *See* Docs. 9, 10. In response, Columbus has disputed the Court's jurisdiction (but has not moved for remand), contending that its claims are neither defensively preempted nor completely preempted by ICCTA. *See* Doc. 15.

These arguments implicate (i) a detailed federal regulatory scheme, including the Surface Transportation Board's exclusive authority to authorize abandonment of railroad facilities under 49 U.S.C. § 10903; (ii) threshold jurisdictional issues around complete preemption and removal; and (iii) the "overwhelming national interest" in preserving property within the national rail network, *see Skidmore v. Norfolk S. Ry.*, 1 F.4th 206, 217 (4th Cir. 2021). Given these overlapping issues, oral argument would materially assist the Court in assuring itself of its jurisdiction and resolving the pending motions to dismiss.

This 16th day of December, 2025.

Respectfully submitted,

/s/ J. Steven Stewart
J. STEVEN STEWART
Georgia Bar No. 681550
Hall, Bloch, Garland & Meyer, LLP
Post Office Box 5088
Macon, Georgia 31208-5088
(478) 745-1625
stevestewart@hbgm.com

TOBIAS S. LOSS-EATON
   *Lead Counsel*
(*pro hac vice*)
Sidley Austin LLP
1501 K Street NW
Washington, DC 20005
(202) 376-8427
tlosseaton@sidley.com

*Counsel for Defendants Norfolk Southern Corporation, Norfolk Southern Railway Company, Central of Georgia Railroad Company, and The South Western Rail Road Company*

## CERTIFICATE OF SERVICE

I hereby certify that *Norfolk Southern Defendants' Motion for Oral Argument and Incorporated Memorandum of Law* has been served upon all counsel of record for the parties in this action via electronic mail addressed as follows:

James C. Clark, Jr.
Thomas F. Gristina
Jack P. Schley
Page, Scrantom, Sprouse, Tucker & Ford, P.C.
P.O. Box 1199
Columbus, GA 31902
jclark@pagescrantom.com
tgristina@pagescrantom.com
jschley@pagescrantom.com

Clifton C. Fay
Lucy T. Sheftall
P.O. Box 1340
Columbus, GA 31902
cfay@columbusga.org
lsheftall@columbusga.org

*Counsel for Plaintiff Consolidated Government of Columbus, Georgia*

Eric L. Leach
Jeffrey C. Close
Milton, Leach, Whitman, D'Andrea, Eslinger, Collins & Close, P.A.
3127 Atlantic Blvd.
Jacksonville, FL 32207
eleach@miltonleach.com
jclose@miltonleach.com

*Counsel for Defendants Genesee & Wyoming Railroad Services, Inc., Columbus & Chattahoochee Railroad, Inc., and Georgia Southwestern Railroad, Inc.*

This 16th day of December, 2025.

*/s/ J. Steven Stewart*
J. STEVEN STEWART