UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | |
|---|---|
| CONSOLIDATED GOVERNMENT OF COLUMBUS, GEORGIA,<br><br>*Plaintiff,*<br><br>v.<br><br>NORFOLK SOUTHERN CORPORATION, NORFOLK SOUTHERN RAILWAY COMPANY, CENTRAL OF GEORGIA RAILROAD COMPANY, THE SOUTH-WESTERN RAIL ROAD COMPANY, GENESEE & WYOMING RAILROAD SERVICES, INC., COLUMBUS & CHATTAHOOCHEE RAILROAD, INC., and GEORGIA SOUTHWESTERN RAILROAD, INC.,<br><br>*Defendants.* | Case No. 4:25-cv-00312-CDL |

**DEFENDANTS GENESEE & WYOMING RAILROAD SERVICES, INC., COLUMBUS & CHATTAHOOCHEE RAILROAD, INC., AND GEORGIA SOUTHWESTERN RAILROAD, INC.'S REPLY IN SUPPORT OF MOTION TO DISMISS**

Defendants Genesee & Wyoming Railroad Services, Inc., Columbus & Chattahoochee Railroad, Inc., and Georgia Southwestern Railroad, Inc. (collectively "G&W" or "G&W Defendants"), through undersigned counsel, submit their Reply in Support of their Motion to Dismiss as follows:

1.      As set forth in the Reply filed by G&W's co-defendants (Doc. 21) ("NS Reply"), each of Plaintiff's claims brought in this action is completely preempted under the ICCTA. The G&W Defendants join, adopt, and incorporate herein by reference the arguments set forth in the NS Reply.

2.      Regarding Plaintiff's failure to allege facts establishing that any of the G&W Defendants is in "possession" or has "use/control" of the subject parcels, Plaintiff argues that it has satisfied the federal pleading standard by defining the term "Railroad" to including all Defendants in this action and alleging that "Railroad" has use and possession of all property at issue. (Doc. 15, p. 16.) However, "[g]eneral . . . allegations need not be credited . . . when they are belied by more specific allegations of the complaint. *Hirsch v. Arthur Andersen & Co.*, 72 F.3d 1085, 1092 (2d Cir. 1995) (citing authorities). As noted in the G&W Defendants' Motion to Dismiss, Plaintiff alleges a detailed historical account that has allegedly left Defendant Southwestern in possession of what Plaintiff calls the "First Depot Lot" and Defendant Central of Georgia in possession of what Plaintiff calls the "Second Depot Lot," "Third Depot Lot," and "Lower Rail-yard. (Complaint, ¶¶ 26, 38, 48, 72.)

3.      To support its conclusory and formulaic allegations that the G&W entities are somehow among the several alleged to have "possession" or "use/control" of the subject properties, Plaintiff alleges only that each of the G&W entities is a "lessee" of NS Railway and/or Central of Georgia. (Complaint, ¶¶ 7-9.) In doing so, Plaintiff fails to specify what property the G&W Defendants are alleged to lease from either of these parties or whether that property is a part of the property at issue in this case. Because Southwestern is alleged to have possession of a portion of the property at issue in this case but NS Railway is not (Complaint, ¶¶ 26, 38, 48, 72), Plaintiff also fails to even specify whether the G&W Defendants are alleged to lease property from an entity that possesses any of the property at issue in this case.

4.      Thus, Plaintiff's claims against the G&W Defendants are subject to dismissal under ICCTA preemption and in light of Plaintiff's failure to allege facts establishing the elements of the claims it seeks to assert against the G&W Defendants.

WHEREFORE, the G&W Defendants respectfully request an order dismissing each of Plaintiff's claims together with such additional relief as the Court deems just and proper.

December 16, 2025                                         Respectfully submitted,

MILTON, LEACH, WHITMAN, D'ANDREA,
ESLINGER, COLLINS & CLOSE, P.A.

*s/ Eric L. Leach*
Eric L. Leach
Georgia Bar No. 442213
eleach@miltonleach.com
Jeffery C. Close
FL Bar No. 0043560 *(pro hac vice pending)*
jclose@miltonleach.com
3127 Atlantic Blvd.
Jacksonville, FL 32207
Telephone: (904) 346-3800

*COUNSEL FOR DEFENDANTS GENESEE & WYOMING RAILROAD SERVICES, INC., COLUMBUS & CHATTAHOOCHEE RAILROAD, INC., AND GEORGIA SOUTHWESTERN RAILROAD, INC.*