UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | |
|---|---|
| CONSOLIDATED GOVERNMENT OF COLUMBUS, GEORGIA,<br><br>*Plaintiff,*<br><br>v.<br><br>NORFOLK SOUTHERN CORPORATION, NORFOLK SOUTHERN RAILWAY COMPANY, CENTRAL OF GEORGIA RAILROAD COMPANY, THE SOUTH-WESTERN RAIL ROAD COMPANY, GENESEE & WYOMING RAILROAD SERVICES, INC., COLUMBUS & CHATTAHOOCHEE RAILROAD, INC., and GEORGIA SOUTHWESTERN RAILROAD, INC.,<br><br>*Defendants*. | Case No. 4:25-cv-00312-CDL |

**UNOPPOSED MOTION FOR REMOTE APPEARANCE AT FEBRUARY 25, 2026 HEARING ON MOTION TO DISMISS**

In light of medical treatment, counsel for Defendants Genesee & Wyoming Railroad Services, Inc., Columbus & Chattahoochee Railroad, Inc., and Georgia Southwestern Railroad, Inc. (collectively "G&W Defendants"), respectfully requests a remote appearance via video-conferencing or, in the alternative, telephone at the hearing on Defendants' Motions to Dismiss currently scheduled for February 25, 2026 in this matter. Having conferred with counsel for all other parties, the undersigned has confirmed that this request is unopposed.

This 6th day of February, 2026.

Respectfully submitted,

MILTON, LEACH, WHITMAN, D'ANDREA,
ESLINGER, COLLINS & CLOSE, P.A.

*s/ Jeffery Close*
Eric L. Leach
Georgia Bar No. 442213
eleach@miltonleach.com
Jeffery C. Close
FL Bar No. 0043560 *(admitted pro hac vice)*
jclose@miltonleach.com
3127 Atlantic Blvd.
Jacksonville, FL 32207
Telephone: (904) 346-3800

*COUNSEL FOR DEFENDANTS GENESEE &
WYOMING RAILROAD SERVICES, INC.,
COLUMBUS & CHATTAHOOCHEE
RAILROAD, INC., AND GEORGIA
SOUTHWESTERN RAILROAD, INC.*

## CERTIFICATE OF SERVICE

I hereby certify that on this day, the undersigned counsel served a true and correct copy of the Unopposed Motion for Remote Appearance at February 25, 2026, Hearing on Motion to Dismiss via GA Odyssey e-filing system, which will automatically send an email of this pleading to the following attorneys of record:

J. Steven Stewart
Lee M. Gillis, Jr.
Hall, Bloch, Garland & Meyer, LLP
Post Office Box 5088
Macon, Georgia 31208-5088
stevestewart@hbgm.com
leegillis@hbgm.com
Tobias S. Loss-Eaton
*Lead Counsel*
*(pro hac vice pending)*
Sidley Austin LLP
1501 K Street NW
Washington, DC 20005

tlosseaton@sidley.com
Attorneys for Defendants Norfolk Southern Corp., Norfolk Southern Railway Company, Central of Georgia Railroad Company and the South Western Rail Road Company


James C. Clark, Jr.
Thomas F. Gristina
Jack P. Schley
Page, Scrantom, Sprouse, Tucker & Ford, P.C.
P.O. Box 1199
Columbus, GA 31902
jclark@pagescrantom.com
tgristina@pagescrantom.com
jschley@pagescrantom.com
*Attorneys for plaintiff Consolidated Government of Columbus, Georgia*

Clifton C. Fay
Lucy T. Sheftall
P.O. Box 1340
Columbus, GA 31902
cfay@columbusga.org
lsheftall@columbusga.org
*Attorneys for plaintiff Consolidated Government of Columbus, Georgia*


This 6th day of February, 2026.



/s/ Jefferey Close
Jeffery Close, Esq.