UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | |
|---|---|
| CONSOLIDATED GOVERNMENT OF COLUMBUS, GEORGIA,<br><br>*Plaintiff*,<br><br>v.<br><br>NORFOLK SOUTHERN CORPORATION, NORFOLK SOUTHERN RAILWAY COMPANY, CENTRAL OF GEORGIA RAILROAD COMPANY, THE SOUTH-WESTERN RAIL ROAD COMPANY, GENESEE & WYOMING RAILROAD SERVICES, INC., COLUMBUS & CHATTAHOOCHEE RAILROAD, INC., and GEORGIA SOUTHWESTERN RAILROAD, INC.,<br><br>*Defendants*. | Case No. 4:25-cv-00312-CDL |

**DEFENDANTS GENESEE & WYOMING RAILROAD SERVICES, INC., COLUMBUS & CHATTAHOOCHEE RAILROAD, INC., AND GEORGIA SOUTHWESTERN RAILROAD, INC.'S RESPONSE IN OPPOSITION TO PLAINTIFF'S MOTION TO REMAND TO STATE COURT**

Defendants Genesee & Wyoming Railroad Services, Inc., Columbus & Chattahoochee Railroad, Inc., and Georgia Southwestern Railroad, Inc. (collectively "G&W" or "G&W Defendants"), through undersigned counsel, respectfully submit that Plaintiff's Motion for Remand to State Court (Doc. 41) ("Remand Motion") should be denied for the reasons stated in the Defendants' briefing of the issues raised in the Remand Motion (see Docs. 9, 9-1, 10, 21, 23, 33, 40, 42, and 44, all of which are incorporated by reference herein), as well as the reasons stated in oral argument at the hearing held on February 25, 2026.

Respectfully submitted on March 13, 2026,

MILTON, LEACH, WHITMAN, D'ANDREA,
ESLINGER, COLLINS & CLOSE, P.A.

*s/ Jeffery C. Close*
Eric L. Leach
Georgia Bar No. 442213
eleach@miltonleach.com
Jeffery C. Close
FL Bar No. 0043560 *(admitted pro hac vice)*
jclose@miltonleach.com
3127 Atlantic Blvd.
Jacksonville, FL 32207
Telephone: (904) 346-3800

*COUNSEL FOR DEFENDANTS GENESEE &
WYOMING RAILROAD SERVICES, INC.,
COLUMBUS & CHATTAHOOCHEE
RAILROAD, INC., AND GEORGIA
SOUTHWESTERN RAILROAD, INC.*