IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

CONSOLIDATED GOVERNMENT OF      *
COLUMBUS, GEORGIA,

     *

         Plaintiff,            Case No. 4:25-cv-312 (CDL)

v.      *

NORFOLK SOUTHERN CORPORATION, et      *
al.,

     *

         Defendants.

_____

## **J U D G M E N T**

Pursuant to this Court's Order dated March 25, 2026, and for the reasons stated therein,

JUDGMENT is hereby entered dismissing this case. Plaintiff shall recover nothing of Defendants.

This 25th day of March, 2026.

David W. Bunt, Clerk

s/ Elizabeth S. Long, Deputy Clerk